**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RHONDA G. JOHNSON, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-3498 |
| LA QUINTA INNS, INC., *et al.*, | § § | |
| Defendants. | § § | |

**ORDER OF DISMISSAL**

An amicable settlement has been reached in this case. This case is dismissed, without prejudice to the right of counsel to move for reinstatement within 15 days upon presentation of adequate proof that the settlement could not be consummated. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

SIGNED on April 28, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge