IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RHONDA G. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-3498 |
| | § | |
| LA QUINTA INNS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

After the parties reached an amicable settlement, this case was dismissed on April 28, 2010. (Docket Entry No. 25). The parties were given the right to move for reinstatement within 15 days upon presentation of adequate proof that the settlement could not be consummated. The plaintiff, Rhonda Johnson, filed a motion to reinstate the case on May 12, 2010, stating that she was satisfied with the settlement amount but not the language in the settlement agreement. (Docket Entry No. 27). Johnson conferred with counsel for the defendants, resolved this issue, and signed a release of her claims. (Docket Entry No. 31). The settlement has been paid. Johnson has filed a motion to dismiss her motion to reinstate, (Docket Entry No. 30), and the parties have filed a joint stipulation of dismissal, (Docket Entry No. 31). The motion to reinstate and the motion to dismiss that motion are both terminated. This case is dismissed, with prejudice.

SIGNED on May 25, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge